

## United States District Court
## Eastern District of California

| Andrea Dixon |
| --- |

Plaintiff(s)

V.

| Target Corporation |
| --- |

Defendant(s)

Case Number:  | 2:26-cv-0526-DC-JDP (PS) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Meredith R. McBride _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Target Corporation _____

On _____06/26/2025_____ (date), I was admitted to practice and presently in good standing in the

_____State of Minnesota District Court_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____02/24/2026_____     Signature of Applicant: /s/ ____Meredith R. McBride____

**Pro Hac Vice Attorney**

Applicant's Name: Meredith R. McBride

Law Firm Name: Nilan Johnson Lewis PA

Address: 250 Marquette Avenue South, Suite 800

City: Minneapolis   State: MN   Zip: 55401

Phone Number w/Area Code: (612) 305-7500

City and State of Residence:

Primary E-mail Address: mmcbride@nilanjohnson.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeffrey D. Wohl

Law Firm Name: Nilan Johnson Lewis PA

Address: 398 Primrose Road, Suite 225

City: Burlingame   State: CA   Zip: 94010

Phone Number w/Area Code: (650) 437-7042   Bar # 96838

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE